# EXHIBIT A

## Invoices

| Invoice Number | Amount | Date of Invoice | Instructions |
|---|---|---|---|
| PIM PROJECT INVOICE 0293 | $11,200 | 01/12/2022 | Pursuant to SOW |
| 4070 | $17,200 | 07/27/2024 | Pursuant to SOW |
| 4075 | $6,250 | 09/19/2024 | Pursuant to SOW |
| 4076 | $6,250 | 10/01/2024 | Pursuant to SOW |
| 4080 | $4,000 | 10/23/2024 | Pursuant to request |
| 4081 | $27,500 | 10/23/2024 | Pursuant to SOW |
| 4089 | $8,900 | 11/09/2024 | Pursuant to SOW |
| 4092 | $32,750 | 11/09/2024 | Pursuant to SOW |
| 4094 | $8,500 | 12/12/2024 | Pursuant to request |
| 4096 | $6,500 | 12/12/2024 | Pursuant to request |



MMI INTEGRATION, LLC  
646-964-6501  
P.O. BOX 640191  
Oakland Gardens, New York 11364  
United States

**Billed To**  
Carsten Schlimm  
3Sixty Duty Free  
555 NE 185TH ST  
MIAMI, Florida 33179  
United States

**Date of Issue**  
01/12/2022

**Due Date**  
02/11/2022

**Invoice Number**  
0000293

**Reference**  
MMI-02146-20211104

**Amount Due (USD)**  
$11,200.00

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| MMI-02146 - PIM PROJECT | $11,200.00 | 1 | $11,200.00 |

|  |  |
|---|---|
| Subtotal | 11,200.00 |
| Tax | 0.00 |
| Total | 11,200.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$11,200.00** |

**Terms**  
Please remit full invoice balance within 30 days.



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 06/27/2024<br><br>**Due Date**<br>07/27/2024 | 00004070 | $17,200.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Forti Switch Upgrade Project<br>Inflight Segregation and Forti Switch Upgrade | $17,200.00 | 1 | $17,200.00 |

|  |  |
|---|---|
| Subtotal | 17,200.00 |
| Tax | 0.00 |
| Total | 17,200.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$17,200.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 09/19/2024<br><br>**Due Date**<br>11/29/2024 | 00004075 | **$6,250.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| **PaperCut Printer Remediation**<br>Active Directory & Network Remediation | $250.00 | 25 | $6,250.00 |

|  |  |
|---|---|
| Subtotal | 6,250.00 |
| Tax | 0.00 |
| Total | 6,250.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$6,250.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 10/01/2024<br><br>**Due Date**<br>10/31/2024 | 00004076 | $6,250.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| AXIS Camera Station Remediation | $6,250.00 | 1 | $6,250.00 |

|  |  |
|---|---|
| Subtotal | 6,250.00 |
| Tax | 0.00 |
| Total | 6,250.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$6,250.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 10/23/2024<br><br>**Due Date**<br>11/22/2024 | 00004080 | $4,000.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ** Cloud Network Response<br>9/1 - 10/15 - Ubiquiti Sites and Meraki Outages | $2,000.00 | 1 | $2,000.00 |
| ** Network Response<br>10/1 - 10/15 - VPN Certificate Documentation | $1,000.00 | 1 | $1,000.00 |
| ** Network Response<br>10/28 - 10/31 - Meraki Configurations | $1,000.00 | 1 | $1,000.00 |

|  |  |
|---|---|
| Subtotal | 4,000.00 |
| Tax | 0.00 |
| Total | 4,000.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$4,000.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 10/23/2024<br><br>**Due Date**<br>11/22/2024 | 00004081 | **$27,500.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| New AX Migration to Azure Cloud<br>Rackspace to Azure Migration | $27,500.00 | 1 | $27,500.00 |

|  |  |
|---|---|
| Subtotal | 27,500.00 |
| Tax | 0.00 |
| Total | 27,500.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$27,500.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 11/09/2024<br><br>**Due Date**<br>12/09/2024 | 00004089 | **$8,900.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Deploy a Secure Azure Environment<br>Ecommerce IIS / SQL / MySQL | $8,900.00 | 1 | $8,900.00 |

|  |  |
|---|---|
| Subtotal | 8,900.00 |
| Tax | 0.00 |
| Total | 8,900.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$8,900.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 11/09/2024<br><br>**Due Date**<br>12/09/2024 | 00004092 | **$32,750.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| PCI Security Audit Support & Remediation Project<br>PCI 2024 Project | $32,750.00 | 1 | $32,750.00 |

|  |  |
|---|---|
| Subtotal | 32,750.00 |
| Tax | 0.00 |
| Total | 32,750.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$32,750.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 12/12/2024<br><br>**Due Date**<br>01/11/2025 | 00004094 | $8,500.00 |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ** Emergency Response<br>12/9 - Maintenance Window - RDS Slowness | $1,500.00 | 1 | $1,500.00 |
| ** Emergency Response<br>12/10 - Maintenance Window - Flash Report & RDS Slowness | $3,000.00 | 1 | $3,000.00 |
| ** Emergency Response<br>12/11 - Single Point of Failure - SFP Datacenter Replacement | $4,000.00 | 1 | $4,000.00 |

|  |  |
|---|---|
| Subtotal | 8,500.00 |
| Tax | 0.00 |
| Total | 8,500.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$8,500.00** |

**Terms**
NET 30



MMI INTEGRATION, LLC
646-964-6501
PO BOX 640191
OAKLAND GARDENS, NY  11364

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| DALE BEZTE<br>3Sixty Duty Free & More<br>1998 NE 150th ST<br>NORTH MIAMI, FL  33181 | 12/12/2024<br><br>**Due Date**<br>01/11/2025 | 00004096 | **$6,500.00** |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| ** Emergency Response<br>11/22 - RDS Emergency | $2,000.00 | 1 | $2,000.00 |
| ** Emergency Response<br>11/25 - New AX Database and User Interruptions | $2,000.00 | 1 | $2,000.00 |
| ** Emergency Response<br>11/27 - Azure SQL Disk | $2,500.00 | 1 | $2,500.00 |

|  |  |
|---|---|
| Subtotal | 6,500.00 |
| Tax | 0.00 |
| Total | 6,500.00 |
| Amount Paid | 0.00 |
| **Amount Due (USD)** | **$6,500.00** |

**Terms**
NET 30