UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Civil Action No. 1:25-cv-05485

| | |
|---|---|
| MMI INTEGRATION, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>3SIXTY DUTY FREE & MORE HOLDINGS, LLC,<br><br>        Defendant. | **FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## NATURE OF THE ACTION

1. This is an action for breach of contract and account stated arising out of Defendant's failure to pay for IT consulting services performed by Plaintiff and accepted by Defendant pursuant to written statements of work signed by Defendant.

2. Plaintiff seeks to recover $129,050 due and owing under ten unpaid invoices issued between January 12, 2022 and December 12, 2024.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Plaintiff is a limited liability company organized under the laws of New York with its principal place of business in Queens County, New York. All members of Plaintiff are citizens of New York.

5. Defendant is a limited liability company organized under the laws of Delaware with its principal place of business in Florida. Upon information and belief, Defendant has two members: one a citizen of Florida and the other a citizen of the Republic of Korea.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District. The negotiation of the terms between the parties, as well as Plaintiff's performance of the services and invoicing of Defendant all occurred in substantial part in this District.

## PARTIES

7. Plaintiff is a New York-based IT consultancy with its principal place of business located in Queens County, New York. All members of Plaintiff are residents of New York City.

8. Defendant is a Delaware limited liability company that operates duty free stores in numerous locations within the United States. Its principal place of business is 1998 NE 150th Street, North Miami, Florida 33181.

## FACTUAL ALLEGATIONS

9. Plaintiff has provided IT services to Defendant since July 2nd 2021, and Defendant October 9th, 2024 paid Plaintiff a total of $209,458.33 pursuant to **20** invoices.

10. From November, 2021 through March, 2025 Plaintiff provided a variety of additional IT services to Defendant (the "Services").

11. Consistent with past practice, Services were described in proposals and emails sent to and agreed to by the following individuals at Defendant: Dale Bezte, the current Chief Information Officer, Carsten Schlimm, the previous Chief Information Officer, German Flores, the Director of Information Technology, and Muhammad Qadir, the Vice President of Technology (the "Services").

12. Also consistent with past practice, Plaintiff performed urgent services on several occasions based on email requests by Yoisbel Hurtado, German Flores. These requests led to invoices totaling $19,000.

13. All SOWs and requests for service were approved by agents of Defendant with apparent authority to do so.

14. Defendant accepted and benefited from the services without objection.

15. Between January 12, 2022 and December 12, 2024, Plaintiff sent a series of 10 invoices to Defendant covering the IT consulting services.

16. Consistent with past practice, these invoices were originally sent to Marianne Figueroa, Dale Bezte, and Carsten Schlimm.

17. When those invoices remained unpaid, Plaintiff escalated requests for payments. Ultimately invoices were sent to all of the following individuals at Defendant: Benny Klepach, Chief Executive Officer, Philip Hancock, Chief Financial Officer, Dale Bezte, Chief Information Officer, Muhammad Qadir, Vice President of Technology, German Flores, Director of Information Technology, and Marianne Figueroa, Manager of Accounts Payable.

18. The following table lists all outstanding unpaid invoices sent by the Plaintiff to the Defendant.

| Invoice Number | Amount | Date of Invoice | Instructions |
|---|---|---|---|
| PIM PROJECT INVOICE 0293 | $11,200 | 01/12/2022 | Pursuant to SOW |
| 4070 | $17,200 | 07/27/2024 | Pursuant to SOW |
| 4075 | $6,250 | 09/19/2024 | Pursuant to SOW |
| 4076 | $6,250 | 10/01/2024 | Pursuant to SOW |
| 4080 | $4,000 | 10/23/2024 | Pursuant to request |
| 4081 | $27,500 | 10/23/2024 | Pursuant to SOW |
| 4089 | $8,900 | 11/09/2024 | Pursuant to SOW |
| 4092 | $32,750 | 11/09/2024 | Pursuant to SOW |
| 4094 | $8,500 | 12/12/2024 | Pursuant to request |
| 4096 | $6,500 | 12/12/2024 | Pursuant to request |

19. Copies of all the unpaid invoices are provided in Exhibit A.

20. At no point has Defendant claimed that the work was not authorized, that the work was not performed, or that the invoices were not payable.

21. Defendant has not paid any of the invoices, despite repeated demand.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

22. Plaintiff repeats and realleges paragraphs 1 through 21 as if fully set forth herein.

23. Defendant requested that Plaintiff provide the Services.

24. Plaintiff made specific proposals to Defendant concerning the Services.

25. Personnel of Defendant with apparent authority to do so agreed to those proposals.

26. By accepting the proposals, Defendant entered into binding agreements with Plaintiff.

27. Plaintiff fully performed its obligations under the agreements.

28. Defendant breached the agreements by failing to pay the invoiced amounts when due.

29. As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in the amount of $129,050, plus interest and costs.

## SECOND CAUSE OF ACTION
### (Account Stated)

30. Plaintiff repeats and realleges paragraphs 1 through 29 as if fully set forth herein.

31. Plaintiff presented invoices to Defendant for services rendered totaling $129,050.

32. Defendant accepted the invoices without objection and has not paid the amounts due.

33. An account was stated between the parties in the amount of $129,050.

34. Defendant's failure to pay the stated amount constitutes a breach of the account stated.

35. As a result, Plaintiff has been damaged in the amount of $129,050 plus interest and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff MMI Integration, LLC respectfully requests judgment against Defendant 3Sixty Duty Free & More Holdings, LLC as follows:

1. Awarding damages in the amount of $129,050;

2. Awarding prejudgment and post-judgment interest as permitted by law;

3. Awarding Plaintiff its costs and disbursements in this action; and

4. Awarding such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  October 1, 2025					Respectfully submitted,


							Barnes Legal, P.C.
							Attorneys for Plaintiff

							By: /s/ Douglas Barnes
							Douglas Barnes
							11 Broadway, Suite 615
							New York, NY 10004
							Tel: (212) 951-1866
							dbarnes@barneslegal.net

							EDNY Bar No.: 4369443