UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MMI INTEGRATION, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>3SIXTY DUTY FREE &<br>MORE HOLDINGS, LLC,<br><br>       Defendant. | REQUEST FOR<br>CERTIFICATE OF DEFAULT<br><br>Docket No.<br>1:25-cv-05485 (DLI) (CLP) |

TO:    BRENNA B. MAHONEY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant 3Sixty Duty Free & More Holdings, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Douglas A. Barnes.

Dated:  October 24, 2025                    Respectfully submitted,

                                                                     /s/ Douglas Barnes
                                                                   Douglas Barnes
                                                                   Barnes Legal, P.C.
                                                                   11 Broadway, Suite 615
                                                                   New York, NY 10004
                                                                   Tel/Fax: (212) 951-1866
                                                                   dbarnes@barneslegal.net