UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MMI INTEGRATION, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>3SIXTY DUTY FREE &<br>MORE HOLDINGS, LLC,<br><br>        Defendant. | **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**<br><br>Docket No.<br>1:25-cv-05485 (DLI) (CLP) |

I, Douglas A. Barnes, declare as follows:

1. I am a member of the Bar of this Court and an attorney with the law firm of Barnes Legal, P.C., attorneys for MMI Integration, LLC ("Plaintiff") in the above-captioned action. I am fully familiar with the facts and circumstances set forth in this affidavit.

2. I submit this affidavit pursuant to Rule 55.1 of the Local Civil Rules for the Eastern District of New York, in support of Plaintiff's application for a certificate of default against the Defendant, 3Sixty Duty Free & More Holdings, LLC ("Defendant").

3. This is an action seeking damages against Plaintiff arising from Plaintiff's failure to pay for services rendered by Plaintiff and duly invoiced to Defendant. Plaintiff seeks damages of $129,050 plus interest and costs.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Venue is proper in this

District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

5. The Complaint in this action was filed on October 1, 2025 (See Docket Entry No. 1) and a First Amended Complaint was filed that same day (See Docket Entry No. 2).

6. On October 2, 2025, Defendant 3Sixty Duty Free & More Holdings, LLC was served with the Summons and Complaint via its registered agent, Corporate Creations Network Inc., 1521 Concord Pike, Suite 201, Wilmington, DE, as evidenced by the Proof of Service filed on the docket.

7. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's answer or other response was due on October 23, 2025.

8. More than twenty-one (21) days have elapsed since service, and Defendant has failed to plead or otherwise defend this action.

9. To the best of my knowledge, Defendant has not obtained an extension of time to answer and no counsel has appeared on Defendant's behalf.

10. Attached hereto as Exhibit A is a true and correct copy of the Proof of Service.

11. Attached hereto as Exhibit B is a proposed Certificate of Default for the Clerk's execution.

12. Attached here as Exhibit C is an Affirmation of Service in accordance with Local Civil Rule 55.1(a)(4), showing that all the materials in this Request for Certificate of Default have been mailed to Defendant's business address.

WHEREFORE, Plaintiff MMI Integration, LLC requests that the default of Defendant 3Sixty Duty Free & More, LLC be noted and a certificate of default issued.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief, that the amount claimed is justly due to Plaintiff, and that no part thereof has been paid.

Dated: October 24, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Douglas Barnes
　　　　　　　　　　　　　　　　　　　　　Douglas Barnes
　　　　　　　　　　　　　　　　　　　　　Barnes Legal, P.C.
　　　　　　　　　　　　　　　　　　　　　11 Broadway, Suite 615
　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　Tel/Fax: (212) 951-1866
　　　　　　　　　　　　　　　　　　　　　dbarnes@barneslegal.net