## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

MMI INTEGRATION, LLC,

      Plaintiff,

v.

3SIXTY DUTY FREE &
MORE HOLDINGS, LLC,

      Defendant.

AFFIRMATION OF
SERVICE

Docket No.
1:25-cv-05485 (DLI) (CLP)

    I, Douglas A. Barnes, declare under penalty of perjury that I have served a copy of the attached Request for Certificate of Default, Affirmation in Support of Request for Certificate of Default, Proposed Certificate of Default and Proof of Service on defendant 3Sixty Duty Free & More Holdings, LLC by depositing it in the United States Mail, first-class postage prepaid, addressed to: 3Sixty Duty Free & More Holdings, LLC, Attn: Legal Department, 1998 NE 150th St. North Miami, Florida 33181.

Dated: October 24, 2025

Respectfully submitted,

/s/ Douglas Barnes
Douglas Barnes
Barnes Legal, P.C.
11 Broadway, Suite 615
New York, NY 10004
Tel/Fax: (212) 951-1866
dbarnes@barneslegal.net