**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MMI INTEGRATION, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>3SIXTY DUTY FREE &<br>MORE HOLDINGS, LLC,<br><br>   Defendant. | **CERTIFICATE OF DEFAULT**<br><br>Docket No.<br>1:25-cv-05485 (DLI) (CLP) |

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

  Dated: Brooklyn, New York

     October 24, 2025

              BRENNA B. MAHONEY, Clerk of Court

              By: *Jalitza Poveda*
                 Deputy Clerk