UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MMI INTEGRATION, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>3SIXTY DUTY FREE &<br>MORE HOLDINGS, LLC,<br><br>   Defendant. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>Docket No.<br>1:25-cv-05485 (DLI) (CLP) |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MMI Integration, LLC hereby voluntarily dismisses this action with prejudice. Defendant has not filed an answer or otherwise appeared.

Dated: November 5, 2025      Respectfully submitted,

                /s/ Douglas Barnes
                Douglas Barnes
                Barnes Legal, P.C.
                11 Broadway, Suite 615
                New York, NY 10004
                Tel/Fax: (212) 951-1866
                dbarnes@barneslegal.net